FILED
98 MAR 18 AM 9:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOROTHY ESCOTT HOLMES, )
)
    Plaintiff, )
)
vs ) CIVIL ACTION NO. 97-PT-3186-S
)
)
BURLINGTON NORTHERN )
RAILROAD, TERRILL SANDERS, )
DENISE HILL, GEORGE REYNOLDS, )
JOHN ROCKETT, and )
MARGARET PAYNE, )
)
    Defendants. )

ENTERED
MAR 18 1998

## MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  There were no objections filed to the report and recommendation filed by the plaintiff.  The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this complaint is due to be dismissed as frivolous.  An appropriate order will be entered.

    DONE, this _18_ day of March, 1998.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE